# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0091
LT Case No. 16-2023-CF-1838-A

_____

TALON KENNETH MCCLARY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Talon Kenneth McClary, Monticello, pro se.

James Uthmeier, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.

June 23, 2023

PER CURIAM.

AFFIRMED.

LAMBERT, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____